# GERAGOS & GERAGOS

A PROFESSIONAL CORPORATION
39th Floor
350 S. Grand Avenue
Los Angeles, California 90071-3480
Telephone (213) 625-3900
Facsimile (213) 625-1600

GEORGE W. BUEHLER     SBN 060701
VICKEN SONENTZ-PAPAZIAN     SBN 153165
Attorneys for Defendant, GRIGOR ADHEMYAN

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 03-CR-249 (WBS) |
| Plaintiff, ) | |
| ) | [Proposed] ORDER |
| vs. ) | |
| GRIGOR ADHEMYAN, et al., ) | |
| Defendant. ) | |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ORDERED that the trial confirmation hearing of Defendant Grigor Adhemyan be continued from May 25, 2005 to July 27, 2005 at 9:00 a.m. and the trial, presently set for June 7, 2005, be continued to August 16, 2005 at 9:00 a.m.

IT IS FURTHER ORDERED that the time period from May 25, 2005 to August 16, 2005 be deemed excludable pursuant to 18 U.S.C. Section 1361 (h) 8 (B) (i) and 18 U.S.C. Section 1361 (h) 8 (B) (iv), for the reasons set forth in Defendant Grigor Adhemyan's Request for Finding of Excludable Time.

SO ORDERED.

Dated: May 24, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE