**ShooGERAGOS &
GERAGOS**

A PROFESSIONAL CORPORATION
LAWYERS
39th Floor
350 S. Grand Avenue
Los Angeles, California 90071-3480
Telephone (213) 625-3900
Facsimile (213) 625-1600

GEORGE W. BUEHLER         SBN 060701
VICKEN SONENTZ-PAPAZIAN   SBN 153165
Attorneys for Defendant, GRIGOR ADHEMYAN

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 03-CR-249 (WBS) |
| Plaintiff, ) | |
| ) | [Proposed] ORDER |
| vs. ) | |
| ) | |
| GRIGOR ADHEMYAN, et al., ) | |
| ) | |
| Defendant. ) | |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ORDERED that the trial confirmation hearing of Defendant Grigor Adhemyan be continued from July 27, 2005 at 9:00 a.m to September 28, 2005 at 9:00 am and the trial, presently set for August 16, 2005, at 9:00 a.m. to October 18, 2005 at 9:00 a.m.

IT IS FURTHER ORDERED that the time period from July 27, 2005 to  October 18 , 2005 be deemed excludable pursuant to 18 U.S.C. Section 1361 (h) 8 (B) (i) and 18 U.S.C. Section 1361 (h) 8 (B) (iv), for the reasons set forth in Defendant Grigor

///

///

///

///

1 | Adhemyan's Request for Finding of Excludable Time.
2 |
3 | SO ORDERED.
4 | Dated: July 28, 2005
5 |
6 | _____
  | WILLIAM B. SHUBB
7 | UNITED STATES DISTRICT JUDGE