# GERAGOS & GERAGOS

A PROFESSIONAL CORPORATION
LAWYERS
39th Floor
350 S. Grand Avenue
Los Angeles, California 90071-3480
Telephone (213) 625-3900
Facsimile (213) 625-1600

GEORGE W. BUEHLER           SBN 060701
VICKEN SONENTZ- PAPAZIAN    SBN 153165
Attorneys for Defendant, GRIGOR ADHEMYAN

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 03-CR-249 (WBS) |
| Plaintiff, ) | |
| ) | [Proposed] ORDER |
| vs. ) | |
| ) | |
| GRIGOR ADHEMYAN, et al., ) | |
| ) | |
| Defendant. ) | |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ORDERED that the status conference hearing of Defendant Grigor Adhemyan be continued from October 26, 2005 at 9:00 a.m to November 30, 2005.

IT IS FURTHER ORDERED that the time period from October 26, 2005 to November 30, 2005 be deemed excludable pursuant to 18 U.S.C. Section 1361 (h) 8 (B) (i) and 18 U.S.C. Section 1361 (h) 8 (B) (iv), for the reasons set forth in Defendant Grigor Adhemyan's Request for Finding of Excludable Time.

SO ORDERED.

Dated: October 25, 2005

*William B. Shubb* (signature)
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[Proposed] ORDER