QUIN DENVIR, Bar #49374
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

ATTORNEY FOR DEFENDANT
GRIGOR ADHEMYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                            )<br>            Plaintiff,       )<br>                            )<br>     V.                     )<br>                            )<br>GRIGOR ADHEMYAN,            )<br>                            )<br>            Defendant.      )<br>                            )<br>_____) | Cr.S. 03-249-WBS<br><br>**SUBSTITUTION OF ATTORNEY** |

It is respectfully requested that Vicken Sonentz-Papazian from the law office of Geragos & Geragos, be relieved as attorney of record in the above captioned case and that, Supervising Assistant Federal Defender, Dennis S. Waks, 801 I Street, 3rd Floor, Sacramento, California 95814; telephone number (916) 498-5700, be appointed.

                                    QUIN DENVIR
                                    Federal Defender

                                    Respectfully submitted,


DATED:   11/30/05              /s/  Dennis S. Waks
        _____       _____
                               DENNIS S. WAKS
                               Supervising Assistant Federal Defender

/ / /

/ / /

I consent to the substitution.

DATED: 11/30/05                   /s/  Grigor Adhemyan
                                  GRIGOR ADHEMYAN
                                  Defendant


DATED: 11/30/05                   /s/ Vicken Sonentz-Papazian
                                  VICKEN SONENTZ-PAPAZIAN
                                  Attorney at Law


O R D E R

IT IS SO ORDERED.

DATED: December 5, 2005

                                  BY THE COURT



                                  WILLIAM B. SHUBB
                                  UNITED STATES DISTRICT JUDGE