DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GRIGOR ADHEMYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Plaintiff,  )<br>  )<br>     v.  )<br>  )<br>GRIGOR ADHEMYAN,  )<br>  )<br>           Defendant.  )<br>  )<br>_____ ) | NO. CR.S. 03-0249-WBS<br><br>**STIPULATION AND ORDER RE CONTINUANCE OF STATUS HEARING AND FINDINGS OF EXCLUDABLE TIME**<br><br>DATE:  March 30, 2006<br>TIME:  2:00 p.m.<br>JUDGE: Hon. William B. Shubb |

   GRIGOR ADHEMYAN, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, LAURA FERRIS, Assistant United States Attorney, hereby agree that the status conference set for February 23, 2006 be continued to March 30, 2006 at 2:00 p.m.  This continuance is requested because defense counsel needs additional time to review the proposed plea agreement with the defendant and to continue to review discovery which will require additional time to review.  The defendant in this case consents to this continuance.

   Defense counsel, along with Mr. Adhemyan agree that the time from February 23, 2006 through March 30, 2006 should be excluded in computing the time within which trial must commence under the Speedy

```
 1  Trial Act, §3161(h)(8)(B)(iv) and Local Code T4. [reasonable time to
 2  prepare].
 3  DATED: February 22, 2006
 4                                      Respectfully submitted,
 5                                      DANIEL J. BRODERICK
                                        Acting Federal Defender
 6
                                        /S/ Dennis S. Waks
 7                                      _____
                                        DENNIS S. WAKS
 8                                      Supervising Assistant Federal Defender
                                        Attorney for Defendant
 9                                      GRIGOR ADHEMYAN
10
                                        McGREGOR SCOTT
11                                      United States Attorney
12  DATE: February 22, 2006
                                        /S/ Dennis S. Waks for
13                                      _____
                                        LAURA FERRIS
14                                      Assistant United States Attorney
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                        2
```

```
DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GRIGOR ADHEMYAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GRIGOR ADHEMYAN,<br><br>　　　　Defendant. | NO. CR.S. 03-0249-WBS<br><br>**ORDER RE CONTINUANCE OF STATUS HEARING AND FINDINGS OF EXCLUDABLE TIME**<br><br>DATE:　March 30, 2006<br>TIME:　2:00 p.m.<br>JUDGE: Hon. William B. Shubb |

**ORDER AND FINDINGS**

　　The new status conference is set for March 30, 2006 at 9:00 a.m. The court finds that the interests of justice are best served and the public interest is protected by granting the continuance in the above-captioned matter. Accordingly, time under the Speedy Trial Act is excluded from February 23, 2006, through March 30, 2006, in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4. (reasonable time to prepare.)

DATED: February 22, 2006

　　　　　　　　　　　　　　　　　　_/s/ William B. Shubb_
　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE