DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

ATTORNEY FOR DEFENDANT
GRIGOR ADHEMYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Cr.S. 03-249-WBS |
| ) | |
| Plaintiff,   ) | **SUBSTITUTION OF ATTORNEY** |
| ) | |
| V.   ) | |
| ) | |
| GRIGOR ADHEMYAN,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |

It is respectfully requested that DENNIS S. WAKS from Federal Public Defenders Office, be relieved as attorney of record in the above captioned case and that, STEVE BAUER, Attorney at Law, 428 J Street, Suite 350, Sacramento, CA  95814; telephone number (916) 447-8262, be retained as counsel.

                                                DANIEL J. BRODERICK
                                                Acting Federal Defender

                                                Respectfully submitted,


DATED: 3/29/06                    /s/  Dennis S. Waks
_____          _____
                                                DENNIS S. WAKS
                                                Supervising Assistant Federal Defender

/ / /

/ / /

1    I consent to the substitution.

2

3
        DATED:   3/29/06              /s/ Grigor Adhemyan
4                                     ───────────────────────
                                      GRIGOR ADHEMYAN
5                                     Defendant

6

7       DATED:   3/29/06              /s/ Dennis S. Waks for
                                      ───────────────────────
8                                     STEVEN BAUER
                                      Attorney at Law
9

10                                    O R D E R

11      IT IS SO ORDERED.

12  DATED: March 31, 2006

13
                                      BY THE COURT
14

15

16

17                                    ───────────────────────
                                      WILLIAM B. SHUBB
18                                    UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

**2**