**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262

Attorney for Defendant: **GRIGOR ADHEMYAN**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>  Plaintiff,<br>v.<br>**GRIGOR ADHEMYAN,**<br>  Defendant, | Crim. S-03-249 WBS<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING** |

It is hereby stipulated between counsel for the defendant ans the government that the date for judgment and sentence may be continued from October 11, 2006 until November 29, 2006. This continuance is requested to permit the defendant to complete his cooperation agreement prior to sentencing. The defendant having already pled there are no issues of excludable time.

Dated: October 10, 2006

/ s / Steven D. Bauer

**STEVEN D. BAUER**
Attorney for Defendant

Dated: October 10, 2006

/ s / Matthew Segal

**MATTHEW SEGAL**
Assistant United States Attorney

(Order on Following Page)

For Good Cause Appearing
**IT IS SO ORDERED**

Dated: October 10, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE