**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262

Attorney for Defendant: **GRIGOR ADHEMYAN**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　　　　　Plaintiff,<br>　　v.<br>**GRIGOR ADHEMYAN,**<br>　　　　　　Defendant, | Crim. S-03-249 WBS<br>**STIPULATION AND ORDER CONTINUING SENTENCING**<br>(January 22, 2007 @ 8:30 a.m.) |

It is hereby stipulated between counsel for the defendant ans the government that the date for judgment and sentence may be continued from November 29, 2006 until January 22, 2007 at 830 a.m. This continuance is requested to permit the defendant to complete is cooperation agreement prior to sentencing as well as to allow the government an opportunity to evaluate the quantity and quality of that cooperation.. The defendant having already pled there are no issues of excludable time.

| | |
|---|---|
| Dated: November 28, 2006 | Dated: November 28, 2006 |
| / s / Steven D. Bauer | / s / Matthew Segal |
| **STEVEN D. BAUER**<br>Attorney for Defendant | **MATTHEW SEGAL**<br>Assistant United States Attorney |

(Order on Following Page)

1 For Good Cause Appearing

2 **IT IS SO ORDERED**

3 Dated:  November 29, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE