**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **GRIGOR ADHEMYAN**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**          )<br>                                           )<br>                 Plaintiff,              )<br>                                           )<br>         v.                               )<br>                                           )<br>**GRIGOR ADHEMYAN,**                      )<br>                                           )<br>                 Defendant,               )<br>_____) | Crim. S-03-249 WBS<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING**<br><br>(March 5, 2007 @ 8:30 a.m.) |

It is hereby stipulated between counsel for the defendant ans the government that the date for judgment and sentence may be continued from January 22, 2007 until March 5, 2007 at 830 a.m. Neither counsel for the government or the defendant were counsel of record at the time of the execution of the plea agreement. Recent discussions demonstrate that there may be a disagreement and additional time is necessary attempt to resolve the matter. The defendant having already pled there are no issues of excludable time.

Dated: January 18, 2007                                Dated: January 18, 2007

/ s / Steven D. Bauer                                  / s / Matthew Segal

**STEVEN D. BAUER**                                    **MATTHEW SEGAL**
Attorney for Defendant                                 Assistant United States Attorney

(Order on Following Page)

For Good Cause Appearing
**IT IS SO ORDERED**
Dated:  January 18, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE