**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **GRIGOR ADHEMYAN**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **GRIGOR ADHEMYAN,** ) <br> ) <br> Defendant, ) <br> _____ ) | Crim. S-03-249 WBS <br><br> **STIPULATION AND ORDER CONTINUING SENTENCING** <br><br> (April 2, 2007 @ 8:30 a.m.) |

It is hereby stipulated between counsel for the defendant ans the government that the date for judgment and sentence may be continued from March 5, 2007 until April 2, 2007 at 830 a.m. Neither counsel for the government or the defendant were counsel of record at the time of the execution of the plea agreement.  Efforts to reach an agreement regarding the language of the plea agreement and how it may effect sentencing are continuing and the parties hope to reach an agreement withing the time requested.   The defendant having already pled there are no issues of excludable time.

Dated: March 4, 2007                                                  Dated: March 4, 2007

/ s / Steven D. Bauer                                                   / s / Matthew Segal

**STEVEN D. BAUER**                                             **MATTHEW SEGAL**
Attorney for Defendant                                             Assistant United States Attorney

(Order on Following Page)

1
2  For Good Cause Appearing
   **IT IS SO ORDERED**
3  Dated: March 5, 2007
4  _____
5  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28