**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **GRIGOR ADHEMYAN**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　　　　　Plaintiff,<br>　　v.<br>**GRIGOR ADHEMYAN,**<br>　　　　　　Defendant, | Crim. S-03-249 WBS<br>**STIPULATION AND ORDER CONTINUING SENTENCING**<br>(April 9, 2007 @ 8:30 a.m.) |

It is hereby stipulated between counsel for the defendant ans the government that the date for judgment and sentence may be continued from April 2, 2007 until April 9, 2007 at 830 a.m. The defendant is presently hospitalized in Van Nuys with no projected date of discharge. This has been confirmed by defendant's doctor. The defendant having already pled there are no issues of excludable time.

Dated: March 30, 2007                                   Dated:  March 30, 2007

/ s / Steven D. Bauer                                        / s / Matthew Segal

**STEVEN D. BAUER**                                   **MATTHEW SEGAL**
Attorney for Defendant                                   Assistant United States Attorney

(Order on Following Page)

For Good Cause Appearing

**IT IS SO ORDERED**

Dated:   April 2, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE