**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **GRIGOR ADHEMYAN**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　　　　　　Plaintiff,<br>　　v.<br>**GRIGOR ADHEMYAN,**<br>　　　　　　　Defendant, | Crim. S-03-249 WBS<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING**<br><br>(April 30, 2007 @ 8:30 a.m.) |

It is hereby stipulated between counsel for the defendant ans the government that the date for judgment and sentence may be continued from April 9, 2007 until April 30, 2007 at 830 a.m. The defendant had surgery on April 6, 2007 in Van Nuys and on bed rest for a week at least. Documentation of the surgery and bed rest were faxed to the government at the time of the filing of this stipulation. This has been confirmed by defendant's doctor. The defendant having already pled there are no issues of excludable time.

Dated: April 9, 2007                         Dated:  April 9, 2007

/ s / Steven D. Bauer                        / s / Matthew Segal

**STEVEN D. BAUER**                          **MATTHEW SEGAL**
Attorney for Defendant                       Assistant United States Attorney

(Order on Following Page)

1  For Good Cause Appearing
   **IT IS SO ORDERED**
2  Dated: April 9, 2007

3  _____
4  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28