**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **GRIGOR ADHEMYAN**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　　　　　Plaintiff,<br>　　v.<br>**GRIGOR ADHEMYAN,**<br>　　　　　　Defendant, | Crim. S-03-249 WBS<br>**STIPULATION AND ORDER CONTINUING SENTENCING**<br>(May 7, 2007 @ 8:30 a.m.) |

It is hereby stipulated between counsel for the defendant ans the government that the date for judgment and sentence may be continued from April 30, 2007 until May 7, 2007 at 8:30 a.m. This matter was inadvertently continued by defense counsel to a date which created a scheduling conflict.   The defendant having already pled there are no issues of excludable time.

Dated: April 19, 2007　　　　　　　　　　　　　Dated:  April 19, 2007

/ s / Steven D. Bauer　　　　　　　　　　　　　/ s / Matthew Segal

**STEVEN D. BAUER**　　　　　　　　　　　　**MATTHEW SEGAL**
Attorney for Defendant　　　　　　　　　　　Assistant United States Attorney

(Order on Following Page)

1  For Good Cause Appearing
   **IT IS SO ORDERED**
2  Dated:   April 20, 2007

3  _____
4  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE