**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **GRIGOR ADHEMYAN**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　　　　Plaintiff,<br>　　v.<br>**GRIGOR ADHEMYAN,**<br>　　　　　Defendant, | Crim. S-03-249 WBS<br>**STIPULATION AND ORDER CONTINUING SENTENCING**<br>(May 21, 2007 @ 8:30 a.m.) |

It is hereby stipulated between counsel for the defendant and the government that the date for judgment and sentence may be continued from May 7, 2007 until May 21, 2007 at 8:30 a.m. The defendant was admitted to the hospital on April 6, 2007 on an emergency basis and underwent surgery. His doctor indicates that he will require six weeks to recover. The defendant having already pled there are no issues of excludable time.

Dated: May 1, 2007                                          Dated: May 1, 2007

/ s / Steven D. Bauer                                        / s / Matthew Segal

**STEVEN D. BAUER**                                          **MATTHEW SEGAL**
Attorney for Defendant                                       Assistant United States Attorney

(Order on Following Page)

For Good Cause Appearing
**IT IS SO ORDERED**
Dated:  May 2, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com