**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **GRIGOR ADHEMYAN**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**        Plaintiff,<br>        v.<br>**GRIGOR ADHEMYAN,**        Defendant, | Crim. S-03-249 WBS<br>**STIPULATION AND ORDER CONTINUING SENTENCING**<br>(June 25, 2007 @ 8:30 a.m.) |

It is hereby stipulated between counsel for the defendant ans the government that the date for judgment and sentence may be continued from May 21, 2007 until June 25, 2007 at 8:30 a.m. There are contested issues related to this sentencing and the parties are making a concerted effort to resolve as many, if not all, of this matters. The defendant having already pled there are no issues of excludable time.

Dated:  May 21, 2007

/ s / Steven D. Bauer

**STEVEN D. BAUER**
Attorney for Defendant

Dated:  May 21, 2007

/ s / Matthew Segal

**MATTHEW SEGAL**
Assistant United States Attorney

(Order on Following Page)

1 | For Good Cause Appearing
**IT IS SO ORDERED**
2 | Dated: May 21, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE