**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **GRIGOR ADHEMYAN**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　　　　　Plaintiff,<br>　　　v.<br>**GRIGOR ADHEMYAN,**<br>　　　　　　Defendant, | Crim. S-03-249 WBS<br>**STIPULATION AND ORDER CONTINUING SENTENCING**<br>(August 13, 2007 @ 8:30 a.m.) |

　　　It is hereby stipulated between counsel for the defendant ans the government that the date for judgment and sentence may be continued from June 25, 2007 until August 13, 2007 at 8:30 a.m. The defendant has undergone a second surgery and his physician advises that he will require 6-8 weeks for recovery. A copy of the physician's letter is being provided to counsel for the government. The defendant having already pled there are no issues of excludable time.

Dated:  June 22, 2007                                    Dated:  June 22, 2007

/ s / Steven D. Bauer                                       / s / Matthew Segal

**STEVEN D. BAUER**                                **MATTHEW SEGAL**
Attorney for Defendant                               Assistant United States Attorney

(Order on Following Page)

For Good Cause Appearing
**IT IS SO ORDERED**
Dated:   June 22, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE