1  **STEVEN D. BAUER**
   Attorney at Law - SBN 50084
2  428 J Street - Suite 350
   Sacramento, California 95814
3  Telephone: (916) 447-8262
   E-mail: baueresq@sbcglobal.net
4
   Attorney for Defendant: **GRIGOR ADHEMYAN**
5

6

7

8  **IN THE UNITED STATES DISTRICT COURT**

9  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11

12  **UNITED STATES OF AMERICA,**            )          Crim. S-03-249 WBS
                    Plaintiff,              )
13                                          )          **STIPULATION AND ORDER**
            v.                              )          **CONTINUING**
14                                          )          **SENTENCING**
    **GRIGOR ADHEMYAN,**                    )
15                                          )          (November 13, 2007 @ 8:30 a.m.)
                    Defendant,              )
16  _____)

17      It is hereby stipulated between counsel for the defendant and the government that
18  the date for judgment and sentence may be continued from August 13, 2007 until
19  November 13, 2007 at 8:30 a.m. The defendant has been diagnosed with intestinal cancer
20  and is undergoing a regimen of both chemotherapy and radiation therapy.  The
21  defendant's physician has advised counsel that it may be as long as six months before
22  he can resume normal activities. A copy of the physician's letter is being provided to
23  counsel for the government. The defendant having already pled there are no issues of
24  excludable time.

25

26

27  (Signatures and Order on Following Page)

28

| | |
|---|---|
| Dated: August 21, 2007 | Dated: August 21, 2007 |
| / s / Steven D. Bauer | / s / Matthew Segal |
| **STEVEN D. BAUER**<br>Attorney for Defendant | **MATTHEW SEGAL**<br>Assistant United States Attorney |

Good Cause Appearing, **IT IS SO ORDERED.**

Dated: August 23, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE