**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **GRIGOR ADHEMYAN**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>                         Plaintiff, )<br>            v. )<br>**GRIGOR ADHEMYAN,** )<br>                         Defendant, )<br>_____ ) | Crim. S-03-249 WBS<br>**STIPULATION AND ORDER CONTINUING SENTENCING**<br>(January 28, 2008 @ 8:30 a.m.) |

It is hereby stipulated between counsel for the defendant and the government that the date for judgment and sentence may be continued from January 7. 2008 until January 28, 2008 at 8:30 a.m. Defendant's counsel has been summoned for jury duty in Sacramento County beginning on January 7, 2008 and the next available date convenient for the court and counsel for the government is January 28, 2008. The defendant having already pled there are no issues of excludable time.

(Signatures and Order on Following Page)

1  Dated:  January 3, 2008                                Dated:  January 3, 2008

2  / s / Steven D. Bauer                                  / s / Matthew Segal

3  **STEVEN D. BAUER**                                    **MATTHEW SEGAL**
   Attorney for Defendant                                 Assistant United States Attorney

6  For Good Cause Appearing
   **IT IS SO ORDERED**
7  Dated: January 3, 2008

   _____
   WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE