**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **GRIGOR ADHEMYAN**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>              Plaintiff,<br>       v.<br>**GRIGOR ADHEMYAN,**<br>              Defendant, | Crim. S-03-249 WBS<br>**STIPULATION AND ORDER CONTINUING SENTENCING**<br>(February 19, 2008 @ 8:30 a.m.) |

It is hereby stipulated between counsel for the defendant and the government that the date for judgment and sentence may be continued from January 28. 2008 until February 19, 2008 at 8:30 a.m.  The parties have resolved all disputes related to sentencing.  Based on defendant's continuing medical issues defense counsel intends to craft a waiver of the defendant's presence, submit a draft to the government for review and secure the defendant's signature. The defendant having already pled there are no issues of excludable time.

| | |
|---|---|
| Dated:  January 25, 2008, 2008 | Dated:  January 25, 2008 |
| / s / Steven D. Bauer | / s / Matthew Segal |
| **STEVEN D. BAUER**<br>Attorney for Defendant | **MATTHEW SEGAL**<br>Assistant United States Attorney |

(Order on Following Page)

1  For Good Cause Appearing
   **IT IS SO ORDERED**
2  Dated: January 25, 2008

3

4  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE