**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262

Attorney for Defendant: **GRIGOR ADHEMYAN**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>v.<br><br>**GRIGOR ADHEMYAN,**<br><br>    Defendant, | Crim. S-03-249 WBS<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING** |

It is hereby stipulated between counsel for the defendant ans the government that the date for judgment and sentence may be continued from March 3, 2008 until March 31, 2008 This continuance is requested to permit the defendant's counsel to file a motion to dismiss based on the defendant's death. This motion cannot be file at this time because counsel has not yet received the death certificate which is necessary to support the motion.

| | |
|---|---|
| Dated: February 28, 2008 | Dated: February 28, 2008 |
| / s / Steven D. Bauer | / s / Matthew Segal |
| **STEVEN D. BAUER**<br>Attorney for Defendant | **MATTHEW SEGAL**<br>Assistant United States Attorney |

(Order on Following Page)

1
2  For Good Cause Appearing
   **IT IS SO ORDERED**
3  Dated:  February 29, 2008
4
                                _____
5                               WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28