**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262

Attorney for Defendant: **GRIGOR ADHEMYAN**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Crim. S-03-249 WBS |
| Plaintiff, ) | |
| ) | **ORDER DISMISSING INDICTMENT** |
| v. ) | |
| **GRIGOR ADHEMYAN,** ) | |
| Defendant, ) | |

The defense having previously file a motion to dismiss the indictment in this matter based on the death of the defendant and the government having filed a notice of non-opposition the motion hearing scheduled for March 31, 2008 was dropped as moot and the indictment is now ordered dismissed without prejudice.

For good cause appearing

**IT IS SO ORDERED**

Dated: April 1, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE