24LAW OFFICES OF MINASSIAN & BAGHDAIAN, LLP.
FRED G. MINASSIAN, ESQ.  (170974)
MELANIE K. BAGHDAIAN, ESQ. (204473)
Equitable Plaza
3435 Wilshire Boulevard., Suite 2180
Los Angeles, CA 90010
(213) 427-8888  FAX (213) 427-8884

**Attorney for Surety,**
**TAKUI ADZHEMYAN**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | NO. CR 03-249 |
| ) | |
| ) | [~~PROPOSED~~] ORDER |
| Plaintiff, ) | TO RELEASE CASH BOND |
| ) | |
| vs. ) | |
| ) | |
| GRIGOR ADHEMYAN ) | |
| ) | |
| Defendant. ) | |
| ) | Courtroom of the Honorable |
| ) | William B. Shubb |

As a result of Defendant Grigor Adhemyan's death, and subsequent order dismissing the indictment against Mr. Adhemyan, the Surety, Mrs. Takui Adzhemyan hereby requests that the $50,000.00 cash bond posted by her on behalf of the defendant be released to her and forwarded to The Law Offices of Minassian & Baghdaian, LLP. 3435 Wilshire Blvd., Suite 2180, Los Angeles, Ca 90010.

IT IS HEREBY ORDERED by the Court that Mrs. Takui Adzhemyan's $50,000 (fifty thousand dollars) cash bond be released and returned to her and forwarded to The Law Offices of Minassian & Baghdaian, LLP. 3435 Wilshire Blvd., Suite 2180, Los Angeles, Ca 90010.

DATE:  November 17, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE